# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE L. GONZALEZ, JR., an individual, and GLORIA SEDENO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No: 5:22-cv-01012-CJC-SHK<br><br>District Judge: Cormac J. Carney<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Based on the Request for Voluntary Dismissal, and good cause appearing therefore, the request is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed without prejudice.

**IT IS SO ORDERED.**

DATE: June 23, 2022      By: _____

                                         U.S. DISTRICT COURT JUDGE